UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 8A

| | |
|---|---|
| Auxin Solar Inc.<br><br>                    Plaintiff,<br><br>     v.<br>United States<br><br>                    Defendant. | Court No. 23-00226 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: May 10, 2024

Chase J. Dunn
Attorney for Plaintiff

900 19th Street, NW Suite 400
Street Address

Washington, D.C. 20016
City, State and Zip Code

202-567-2300
Telephone No.

Stephen C. Tosini
Attorney for Defendant

P.O. Box 480 Ben Franklin Station
Street Address

Washington, D.C. 20044
City, State and Zip Code

202-616-5196
Telephone No.